UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00390
   LARRY E MOORE
   DEBRA A MOORE                                 CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1419    SSN XXX-XX-8871

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/06/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/29/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | 3938.89 | .00 | 3938.89 |
| CFG CREDIT LP | SECURED NOT I | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| OVERLAND BOND & INVESTME | SECURED | 3200.00 | 295.15 | 3072.28 |
| GE COMMERICAL FINANCE | SECURED | 28071.00 | 2598.77 | 26950.30 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 478.38 | .00 | .00 |
| AC CREDIT UNION | UNSECURED | 19623.51 | .00 | .00 |
| AT & T WIRELESS | UNSECURED | 1631.52 | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CFG CREDIT LP | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED ADJUSTMENT B | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 3882.17 | .00 | .00 |
| COUNTRY INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| SECRETARY OF STATE | UNSECURED | NOT FILED | .00 | .00 |
| CITICAPITAL | UNSECURED | NOT FILED | .00 | .00 |
| WALKER CARPET & TILE | UNSECURED | NOT FILED | .00 | .00 |
| OVERLAND BOND & INVESTME | UNSECURED | 10253.76 | .00 | .00 |
| DANIEL DIRECT TRUCKING | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | 2080.02 | .00 | .00 |
| GE COMMERICAL FINANCE | UNSECURED | 12203.77 | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 1,200.00 | | 1,200.00 |
| TOM VAUGHN | TRUSTEE | | | 1,911.61 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------

```
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                   39,967.00

PRIORITY                                           .00
SECURED                                      33,961.47
    INTEREST                                  2,893.92
UNSECURED                                          .00
ADMINISTRATIVE                                1,200.00
TRUSTEE COMPENSATION                          1,911.61
DEBTOR REFUND                                      .00
                         ---------------   ---------------
TOTALS                    39,967.00          39,967.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                          /s/ Tom Vaughn
     Dated: 12/05/07      _____
                          TOM VAUGHN
                          CHAPTER 13 TRUSTEE